[No. 3,743.]

## MANN v. HALEY.

MISTAKE AS TO PARTIES PLAINTIFF IN ENTERING JUDGMENT.—A mistake as to the enumeration of parties plaintiff in entering judgment in ejectment, is no ground for a motion to vacate the judgment.

CORRECTING MISTAKE IN JUDGMENT.—If the Clerk in entering up judgment omits by mistake the names of some of the plaintiffs, the Court will, on motion, allow the mistake to be corrected.

APPEAL from the District Court of the Third Judicial District, County of Alameda.

The action was ejectment; the plaintiffs were allowed to file an amended complaint, in which the names of additional plaintiffs were inserted; they obtained judgment, and the Clerk in entering the judgment followed the enumeration of plaintiffs in the original complaint. The defendants moved to vacate the judgment, on the ground of the mistake, and the motion being denied, they appealed.

*J. R. Sharpstein,* for Appellants, argued that the defendants properly proceeded by motion, and as there was no dispute as to the material facts, the motion should have been granted, and cited *Shuford* v. *Cain,* 1 Abb. U. S. 302; *Longworth* v. *Screven,* 2 Hill, S. C. 298; *McDonald* v. *Falvey,* 18 Wis. 571; *Smock* v. *Dade,* 5 Rand, 639; *Dunlap* v. *Clements,* 18 Ala. 778; *Chambers* v. *Neal,* 13 B. Monroe, 256; *Huston* v. *Neal,* 20 Md. 305; Freeman on Judgments, 67, 70.

*W. W. Chipman,* for Respondents, cited *Mills* v. *Dunlap,* 3 Cal. 94; *Williams* v. *Shalto,* 4 Sand. 641; and the Code of Civil Procedure, Secs. 475, 1046.

By the COURT:

The judgment was rendered, or at least entered by the Clerk·in form, against the proper defendants, and there is no question but that it is for the recovery of the proper prem-

ises, but it seems that the names of some of the plaintiffs appearing in the amended complaint were omitted in the entry of judgment. We see in this circumstance, however, no ground for a motion to vacate the judgment, as was attempted upon the part of the defendants.

If the circumstances of the case are such as to make it worth while for either party to move to amend the entry of judgment in respect to the enumeration of parties plaintiff, the Court below would doubtless permit the amendment in that respect to be made.

Order affirmed. Remittitur to issue forthwith.